```
 1
 2
 3
 4
 5
 6                      UNITED STATES DISTRICT COURT
                       WESTERN DISTRICT OF WASHINGTON
 7                                AT SEATTLE

 8   UNITED STATES OF AMERICA, et al.,    CASE NO. C70-9213RSM
 9              Plaintiffs,               SUBPROCEEDING 89-3
10         v.                             ORDER OPENING NEW SUB-
11                                        SUBPROCEEDINGS (89-314, 89-315,
     STATE OF WASHINGTON, et al.,         AND 89-316) AND ORDER OF
12                                        REFERENCE
               Defendants.
13
```

14
15     The Squaxin Island Tribe has filed three Requests for Dispute Resolution (Dkts. #21862,

16 #21865, and #21866) pursuant to Section 9 of the Revised Shellfish Implementation Plan,

17 Subproceeding 89-3, Dkt. #14331 (Dkt. #17340).

18     The Clerk shall open the Dkt. #21862 Request as *Squaxin Island Tribe v. Noe Rivera*

19 *Hernandez dba Rivera's Shellfish LLC*, et al., Sub-Subproceeding No. 89-3-14 (89-314 for

20 CM/ECF purposes).

21     The Clerk shall open the Dkt. #21865 Request as *Squaxin Island Tribe v. Franklin Rivera*

22 *Hernandez dba Frank's Oysters and Clams LLC*, et al., Sub-Subproceeding No. 89-3-15 (89-315

23 for CM/ECF purposes).

24
25 ///
26 ///
27

ORDER – 1

The Clerk shall open the Dkt. #21866 Request as *Squaxin Island Tribe v. Corey Johnson dba Oakland Seafoods, Oakland Shellfish Co. and/or West Coast Wildlife Management*, et al., Sub-Subproceeding No. 89-3-16 (89-316 for CM/ECF purposes).

Pursuant to Section 9 of the Revised Shellfish Implementation Plan, these Requests are hereby REFERRED to the Honorable David W. Christel, United States Magistrate Judge, for hearing and resolution.

DATED this 14 day of January, 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER – 2